No. 80–6460. PRENZLER *v.* ALLEN. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–1507. CITY OF PARMA, OHIO, ET AL. *v.* RECORD REVOLUTION No. 6, INC., ET AL. Appeal from C. A. 6th Cir. Judgment vacated and case remanded for further consideration in light of the recently enacted Section 2925.14 of the Ohio Revised Code. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 79–6366. BLAKNEY *v.* MONTANA. Sup. Ct. Mont. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Edwards* v. *Arizona, ante,* p. 477. JUSTICE BLACKMUN dissents and would deny certiorari.

No. 79–6601. WHITE *v.* FINKBEINER. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Edwards* v. *Arizona, ante,* p. 477.

No. 80–997. MISSOURI *v.* GREER; MISSOURI *v.* KENDRICK; and MISSOURI *v.* WILLIAMS. Sup. Ct. Mo. Motions of respondents Williams, Kendrick, and Greer for leave to proceed *in forma pauperis* and certiorari granted. Judgments vacated and cases remanded for further consideration in light of *Albernaz* v. *United States,* 450 U. S. 333 (1981). Reported below: 605 S. W. 2d 93 (first case); 606 S. W. 2d 643 (second case); 606 S. W. 2d 777 (third case).